UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CINDY MENCH**, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) Civil Action No.: 2:25-cv-02973 ) Honorable Kelley Brisbon Hodge ) |
| v. | ) ) |
| **MCCORMICK & PRIORE P.C.**, | ) ) |
| Defendant. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
<u>OF CLASS ACTION SETTLEMENT</u>**

Plaintiff Cindy Mench ("Plaintiff"), individually and on behalf of all others similarly situated, hereby moves this Court to:

a. Appoint Plaintiff Cindy Mench as Class Representative of the Settlement Class;

b. Appoint Raina C. Borrelli of Stauss Borrelli PLLC, as Class Counsel;

c. Certify the Settlement Class under Federal Rule 23 for settlement purposes only;

d. Preliminarily approve the Settlement for purposes of disseminating Notice to the Settlement Class;

e. Approve the form and contents of the Notice and the method of its dissemination to members of the Settlement Class; and

f. Schedule a Final Approval Hearing to review comments and/or objections regarding this Settlement Agreement, to consider its fairness, reasonableness and adequacy, to consider the application for a Fees Award and Costs and Service Award to the Class Representative, and to consider whether the Court shall issue a Final Judgment approving this Settlement Agreement.

Plaintiff's motion is based on: this Motion and the accompanying Notice of Motion; Plaintiff's Memorandum in Support of Unopposed Motion for Class Action Settlement; the Declaration of

1

Plaintiff's Counsel in Support of Plaintiffs' Motion, and all exhibits including the Settlement Agreement; all exhibits and attachments to the Motion and the Settlement Agreement, and the Proposed Preliminary Approval Order submitted herewith.

Dated: February 17, 2026                    Respectfully submitted,

By: */s/ Raina C. Borrelli*
Raina C. Borrelli (*Pro Hac Vice*)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

Patrick Howard (PA ID #88572)
SALTZ, MONGELUZZI, & BENDESKY, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Tel: (215) 496-8282
Fax: (215) 496-0999
phoward@smbb.com

*Counsel for Plaintiff and the Proposed Class*

## **CERTIFICATE OF COUNSEL**

I, Raina C. Borrelli, hereby certify that pursuant to Rule 7.1(b), Plaintiff's Motion for Preliminary Approval of Class Action Settlement is unopposed by Defendant.

*/s/ Raina C. Borrelli*
Raina C. Borrelli

## CERTIFICATE OF SERVICE

    I, Raina C. Borrelli, hereby certify that on February 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 17th day of February, 2026.

                         STRAUSS BORRELLI PLLC

                By:  */s/ Raina C. Borrelli*
                      Raina C. Borrelli
                      One Magnificent Mile
                      980 N Michigan Avenue, Suite 1610
                      Chicago IL, 60611
                      Telephone: (872) 263-1100
                      Facsimile: (872) 263-1109
                      raina@straussborrelli.com